IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARIA H. ANCHONDO DE LOPEZ,<br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    EP-11-CV-542-DB |

## ORDER

On this day, the Court *sua sponte* considered the above-captioned cause.

On December 19, 2011, the Court referred the instant case to Magistrate Judge Richard P. Mesa ("Judge Mesa") for a report and recommendation. On December 19, 2011, and March 1, 2012, respectively, Plaintiff Maria H. Anchondo de Lopez and Defendant Michael J. Astrue filed notices of consent to proceed before a magistrate judge.

After due consideration, the Court is of the opinion that, pursuant to the provisions of 28 U.S.C. § 636 and Appendix C to the Local Court Rules of the Western District of Texas, the case should be transferred to the Docket of Judge Mesa.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned cause is **TRANSFERRED** to the docket of United States Magistrate Judge Richard P. Mesa. Pursuant to the most recent Order Assigning Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

**SIGNED** this **2nd** day of **March, 2012**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE